cwc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 19 AM 11:49
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 0465 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Jose Agusto PEREZ-Ramos,** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 18, 2008** within the Southern District of California, defendant, **Jose Agusto PEREZ-Ramos,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th DAY** OF **FEBRUARY 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Agusto PEREZ-Ramos**

WJC

## PROBABLE CAUSE STATEMENT

On February 18, 2008, Border Patrol Agent D. Nguyen, was conducting line watch operations in the Imperial Beach Border Patrol Station area of operations. At approximately 7:20 A.M., Border Patrol Agent K. Wies advised Agents via service radio that he observed two individuals running south in an area known as "Campos's Ditch." This area is approximately four miles west of the San Ysidro, California Port of Entry and approximately 40 yards north of the United States/Mexico International Boundary.

Agent Nguyen responded to the area and after a brief search found two individuals attempting to conceal themselves in some brush. Agent Nguyen identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Both individuals, including one later identified as the defendant **Jose Agusto PEREZ-Ramos** freely admitted to being citizens and nationals of Mexico, not in possession of any immigration documents that would allow them to legally enter or remain in the United States. Agent Nguyen arrested both individuals and arranged for their transport to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 17, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

2/19/08 1033 hrs
Date/Time