**SARA M. PELOQUIN**
California State Bar No.254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. Jose Agusto Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AGUSTO PEREZ-RAMOS,<br><br>Defendant. | CASE NO.08CR0539-JLS<br><br>DATE: March 28, 2008<br>TIME: 1:30 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>2) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that, on Friday, March 28, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the accused, Jose Agusto Perez-Ramos, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MOTIONS**

Jose Agusto Perez-Ramos, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence; and

2) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: March 14, 2008

*<u>/s/ Sara M. Peloquin</u>*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Agusto Perez-Ramos