**SARA M. PELOQUIN**
California Bar No. 254945
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AGUSTO PEREZ-RAMOS,<br><br>Defendant. | ) Case No. 08cr0539-JLS<br>) Date: June 6, 2008<br>) Time: 1:30 p.m.<br>)<br>) MOTION FOR ORDER SHORTENING TIME |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

Defendant Jose Agusto Perez-Ramos, by and through counsel, Sara M. Peloquin and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file the following motions:

(1) Dismiss Indictment Due to Improper Grand Jury Instructions;

(2) Dismiss Indictment Due to Invalid Deportation;

(3) Suppress Statements; and

(4) Grant Leave to File Further Motions.

The reason for this motion is that defense counsel has numerous cases with the District Court and is currently preparing to go to trial.

//

A courtesy copy has been provided to Assistant United States Attorney, Christopher Alexander.

Respectfully submitted,

Dated: May 27, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Perez-Ramos