UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 08cr0539-JLS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE AGUSTO PEREZ-RAMOS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Motion for Order to Shorten Time has been electronically served this day upon:

Christopher Alexander
United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: May 27, 2008

*/s/ Sara M. Peloquin*

SARA M. PELOQUIN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)