UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE AGUSTO PEREZ-RAMOS,<br>Defendant. | Case No. 08cr0539-JLS<br><br>ORDER SHORTENING TIME |

**IT IS HEREBY ORDERED** that time for Defendant to file his Motions to:

(1) Dismiss Indictment Due to Improper Grand Jury Instructions;

(2) Dismiss Indictment Due to Invalid Deportation;

(3) Suppress Statements; and

(4) Grant Leave to File Further Motions;

in this case be shortened, with the Motion Hearing to be held on June 6, 2008 at 1:30 p.m. This document is accepted and filed as of May 28, 2008.

**SO ORDERED**.

DATED: May 28, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge