**SARA M. PELOQUIN**
California Bar No. 254945
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
sara_peloquin@fd.org

Attorneys for Mr. Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AGUSTO PEREZ-RAMOS,<br><br>Defendant. | CASE NO. 08CR0539-JLS<br><br>Date: June 6, 2008<br>Time: 1:30 p.m.<br><br>NOTICE OF MOTION AND MOTION TO:<br><br>(1) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTIONS;<br>(2) DISMISS INDICTMENT DUE TO INVALID DEPORTATION;<br>(3) SUPPRESS STATEMENTS; AND<br>(4) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTOPHER ALEXANDER ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on Friday June 6, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, Jose Agusto Perez-Ramos, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Jose Agusto Perez-Ramos, by and through his attorneys, Sara M. Peloquin and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

(1) Dismissing the Indictment Due to Improper Grand Jury Instructions;

(2) Dismissing the Indictment Due to an Invalid Deportation;

(3) Suppressing Statements; and

(4) Granting Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 28, 2008

*/s/ Sara M. Peloquin*
SARA M. PELOQUIN
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Perez-Ramos