**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Alexander
Christopher.Alexander@usdoj.gov; efile.dkt.gc1@usdoj.gov,

Dated: May 28, 2008

*/s/* Sara M. Peloquin

SARA M. PELOQUIN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: sara_peloquin@fd.org