**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3716
Facsimile: (619)687-2666
sara_peloquin@fd.org

Attorneys for Mr. Jose Agusto Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR0539-JLS<br>) Date: August 15, 2008<br>) Time: 1:30 p.m. |
| Plaintiff, | ) |
| | ) MOTION FOR ORDER SHORTENING TIME |
| v. | ) |
| JOSE AGUSTO PEREZ-RAMOS, | ) |
| Defendant. | ) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

Defendant Jose Agusto Perez-Ramos, by and through counsel, Sara M. Peloquin and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file Defendant's Motions. The reason for this application is that defense counsel has numerous cases with the District Court and is currently preparing to go to trial.

//

//

//

//

//

A courtesy copy has been provided to Assistant United States Attorney, Christopher Alexander.

Respectfully submitted,

Dated: August 5, 2008

*/s/ Sara M. Peloquin*

**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Perez-Ramos
sara_peloquin@fd.org