# INDEX OF EXHIBITS

United States v. Jose Agusto Perez-Ramos

08cr0539-JLS

**Page**

(Exhibit A) Special Education Assessment Notification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

(Exhibit B) Declaration of Judith Aguilar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23