# EXHIBIT A

Los Angeles Unified School District

# SPECIAL EDUCATION ASSESSMENT NOTIFICATION

School Name: Sp Ed Inf/Pre (1017) Local District:

Dear Parent/Guardian of (Student's First Name) CRISTIAN (Student's Last Name) PEREZ

**This is a notice to inform you that your child has been referred for special education assessment. In order to conduct the assessment, your written consent is required.**

A. Assessment is requested for the following reason(s):

- ☑ To determine your child's eligibility (based on disability and need) for special education services.
- ☐ To conduct a three year review for special education services.
- ☐ To determine if a change in your child's special education services is needed.
- ☐ To transition your child from a preschool special education program.

B. Request for assessment was made by:

| Name of Individual | Relationship to Student/Title | Agency/Affiliation |
|---|---|---|
| Alicia Montano | mother | |

C. Please note that assessment(s) conducted by District staff:

- Includes gathering information in all areas of suspected disability.
- May include review of school records, reports, existing assessment data, work samples, situational observations, interviews, independent evaluations, information provided by parents, and results of individual standardized tests and/or alternative assessments.
- Will be in your child's primary language or other mode of preferred communication by a qualified assessor(s). When this is not feasible, a qualified interpreter will assist the assessor(s).
- Will result in information that will be reviewed at the Individualized Education Program (IEP) meeting. A copy of each assessment report will be given to you at the meeting. When a psychologist's assessment report is part of this assessment, upon request, a copy of the report will be mailed to you four (4) working days prior to the IEP meeting.

D. Evaluations conducted by an independent agency shall be considered by the IEP team. Please submit a copy of the independent report prior to the IEP meeting, allowing District personnel adequate time to review the information.

E. After the assessment:

- An IEP meeting will be held within fifty (50) calendar days from receipt of your written request for assessment or by your child's third birthday if your child is transitioning from Early Start. Refer to *A Parent's Guide to Special Education Services (Including Procedural Rights and Safeguards)* for specific timeline information.
- You will receive a *Notification to Participate in an Individualized Education Program (IEP) Meeting* form at least ten (10) calendar days prior to the meeting.

**Please review, sign and return the attached *Special Education Assessment Plan.* Keep the "Parent Copy" and this *Special Education Assessment Notification* form for your records.**

**If you have any questions concerning the assessment process, please contact the person listed below.**

| Contact Person | School/Office | Phone | |
|---|---|---|---|
| Arlesha Westmoreland | IPSS | 310-548-5953 | |
| **Address** | **City** | **State** | **Zip Code** |
| 333 Beaudry 16th fl | la | ca | 90017 |

COMMODITY CODE #9661679320 PARENT COPY (12/02)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 1 of 24

Student Identification Number 060602M010

☒ Does Not Meet Eligibility for Special Education Services

Student PEREZ (Last) CRISTIAN (First) A (MI)

Date of Birth 06-JUN-2002

## Section A: Meeting Information

| Pertinent Dates | | Type of Meeting | |
|---|---|---|---|
| Date of Initial IEP Team Meeting | 01-AUG-2006 | ◉ Initial | ○ Amendment of IEP dated |
| Date of Present Meeting | 01-AUG-2006 | ○ Annual Review | ○ Early Start Transition |
| Annual Review to be conducted by | 01-AUG-2007 | ○ Three Year Review | ○ Expulsion Analysis |
| Next Three Year Review will be conducted by | 15-JUN-2007 | ○ Other | ○ Individual Transition Plan |
| Three Year Review or Evaluation was conducted on | 01-AUG-2006 | | ○ Preschool Transition |
| Transition to Kindergarten to be conducted by | 15-JUN-2007 | | |
| Location of Meeting: | Sellery School | District Name: | Los Angeles Unified School District |

## Section B: Student Information

Date of Birth 06-JUN-2002 Age 4 Grade -1 Gender ◉ Male ○ Female Limited English Proficient Student ○ Yes ◉ No

Ethnic Code Hispanic

Home Language Spanish Student Language English

Alternate Mode of Communication

Home Address of Student 11420 S BUDLONG AV #2

City LOS ANGELES CA ZIP Code 90044

Home Telephone 323-757-4037 Daytime Telephone Emergency Telephone 323-757-4037

School of Attendance Sp Ed Inf/Pre (1017) Location Code 1017

School of Residence West Athens Elementary Location Code 7644

Name of Parent/Guardian Alicia Montano Telephone Same

Address 11420 S BUDLONG AV #2

City LOS ANGELES CA ZIP Code 90044

Surrogate Parent Telephone

Attends **CURRENT SCHOOL** as a result of one of the following:

Special Education Placement

Is the student living in a Family Foster Home (FFH)? ○ No ○ Yes FFH# Is FFH Provider related to student? ◉ No ○ Yes

Relationship

Licensed Children's Institution ◉ No ○ Yes LCI Name LCI#

Out of home placement made by: ○ Department of Mental Health ○ Department of Children's Services ○ Regional Center ○ Superior Court

○ Other Child's family living within LAUSD's boundaries? ○ No ◉ Yes

If the student is 18 years old or older or is an emancipated minor, does he/she have educational decision-making rights? ○ No ○ Yes

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 2 a b c of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

## Section C: Language Acquisition

**Language Classification:**

Limited English Proficient · Initially Identified Fluent English Proficient · Redesignated Fluent English Proficient · English Only

**LEP Student Language Progress:**

Elementary English Language Development Level: 1 · 2 · 3 · 4 · 5

Secondary ESL Level: Introduction · Beginning 1A · Beginning 1B · Intermediate 2A · Intermediate 2B · Advanced 3 · Advanced 4 · PRP

Communication Observation Matrix Level: 1 · 2 · 3 · 4 · 5

**Determined by:** Preschool Language Assessment (Experimental) · Communication Observation Matrix · English Language Development Standards · Other Home Language Survey

## Section D: Goal Achievement from Current IEP

| Goal for: *(example - Reading)* | | Achieved Yes | Achieved No | If No, explain the reason the goal/objective was not achieved |
|---|---|---|---|---|
| 1. | N/A | | | not applicable at this time |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 2. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 3. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 4. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 5. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 6. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 7. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 8. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 9. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |
| 10. | | | | |
| | Objective 1 met | | | |
| | Objective 2 met | | | |

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District — IEP Page 3 a b c d e f g h i j of 24

Student PEREZ | CRISTIAN | A — Date of Birth 06-JUN-2002 — Meeting Date 01-AUG-2006

**Section E: Present Level of Performance**

Performance Area: Language Function

Assessment/Monitoring Process Used: PLS-4, Articulation screener, informal observations

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

The purpose for the current assessment is to determine whether Cristian is eligible for special educational services. Per Referral Form dated 4/12/06, Cristian□s pediatrician recommended to Mrs. Perez that Cristian get a speech evaluation. Mrs. Perez stated, Cristian has difficulty focusing and does not pay attention. Parent stated, he does not sit for a story and does not respond to questions. However, Cristian is able to label familiar objects in a book and meets his needs by pointing and taking the persons hand to what he wants.

Cristian entered the Classroom with his mother and grabbed on to mom, complained with whining and did not want to separate from her. He sat on her lap with his face buried into her chest. During the assessment, Cristian would not turn and face the examiner when shown toys and assessment books. Examiners brought out a variety of toys and when the cars were brought out, Cristian responded spontaneously with unintelligible jargon interspersed with words and phrases during the assessment. Examiner had to repeat instructions and change activities quickly to keep him engaged.

Assessment Results: Current assessment consisted of standardized measures Preschool Language Scale (PLS-4) which measures receptive and expressive communication skills for children birth through age 6-11, teacher report, language sample and behavioral observation.

| Results of Testing: | | Raw Score | SS | % Rank | Age Equivalent |
|---|---|---|---|---|---|
| PLS | Receptive Language: | 26 | 50 | 1 | 1 yr, 10 months |
| | Expressive Language: | 28 | 50 | 1 | 1 yr, 11 months |
| | Total Language Score: | 54 | 50 | 1 | 1 yr, 10 months |

Performance Area: Language Function -(continued)

Assessment/Monitoring Process Used: PLS-4, Articulation screener, informal observations

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

Receptive skills
Based on assessment and informal observations, Cristian has significant delays in the area of receptive language skills. On the PLS, he was able recognize action in pictures (sleeping, eating, playing), identified clothing items on self (shoes, shirt, socks) at the 2-0 to 2-5 year level. He was also able to understand verbs in context (The bear is thirsty. Give him something to drink.) and identified body parts on self (nose, eye, feet, and hand) at the 1-6 to 1-11 year level. He had difficulty understanding inhibitory words (Stop! Wait!), spatial concepts (off, out of) and understand several pronouns (me, you, your) at the 2-0 to 2-5 year level.

Expressive skills
Cristian had delays in the area of expressive language skills. On the PLS, he was able combine three words □I no scar/scared.□ with emerging four words □I want my car.□ in spontaneous speech. Cristian asked questions with a rising intonation, used (□where ball?□ □What that?□) and named objects in photographs (ball, baby, cookie, shoe, dog) at the 2-0 to 2-5 year level. He had difficulty using words more often than gestures to communicate with a limited variety of pragmatic functions (use a word to get person□s attention-look it!, answering questions with yes or no and requesting assistance open please). Cristian also has difficulty using different word combinations (noun + verb, noun + verb+ location), verb+ing (eating) and use plurals (babies, blocks) when asked a question about a picture shown to him at the 2-6 to 2- 1 year level.

At this time, Cristian's receptive and expresseive language skills will negatively affect his ability to access the curriculum.

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

'Los Angeles Unified School District

IEP Page 3 a b c d e f g h i j of 24

Student PEREZ | CRISTIAN | A    Date of Birth 06-JUN-2002    Meeting Date 01-AUG-2006

**Section E: Present Level of Performance**

Performance Area: Socialization

Assessment/Monitoring Process Used: Vineland Adaptive Behavior Scales (VABS), Childhood Autism Rating Scale

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

Social skills appear within 1 year 8 months age level of development. Cristian plays with toys and shows an interest in the activities of others. Occasionally, he engages in make-believe play. He shows a desire to please caregiver and responds to positive statements.

Based on observation during this assessment and report by Cristian□s mother, behaviors fall within the mildly-moderate autistic range with a score of 31 out of a possible 60 points on The Childhood Autism Rating Scale (CARS). Significant behaviors are in the areas of: relating to people, emotional response, sensory responses, communication, and activity level. Per mother, Crisitian rarely makes eye contact with the family; he behaves as if he and the television are only in the room. Usually, he watches television while participating in an activity. She repeatedly calls his name to gain his attention. Cristian tantrums if he is not able to do as he pleases. He only eats chicken nuggets from McDonalds. He constantly puts his fingers in his mouth.
He has about a fifty word vocabulary; speech also consists of jargon and echolalia. Cristian does not go to sleep until twelve or one o□clock in the morning.

Cristian entered the room with his mother and refused to separate from her during the assessment. He sat on her lap and would not sit in a chair by himself. He sat with his back facing one of the examiners and would not face her. He held cars in his hand while performing most tasks. Cristian worked quickly and it was difficult to detach him from tasks that he enjoyed. Eye contact was fleeting and he squinted. Cristian aligned objects vertically and horizontally. He spoke quickly and used both real words and jargon. At the end of the assessment, while the examiners talked with his mother, Cristian sat on the floor next to his mother□s leg and would not make eye contact with the

Performance Area: Adaptive Behavior/ Motor

Assessment/Monitoring Process Used: VABS, PTA

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

Self-help skills are within 1 year 1month age level of development. Cristian uses a spoon and a cup with a lid. He is not toilet trained. He can remove his jacket and put on garments with elastic waistbands.
Communication skills are within 1 year 2 months age level of development. Cristian can follow simple instructions. He can point to at least one part of the body. He has a vocabulary of about fifty words. He uses simple routine phrases. He can indicate a preference when given a choice.

Physical skills are within 2 years 8 months. Cristian walks, runs, and jumps. He walks up and down stairs alternating his feet. He climbs on high play equipment. He can twist a doorknob to open a door and unlock key locks.
Per the PTA, fine motor skills range within 30 months age level of development. Cristian scribbled circularly. He imitated a vertical and horizontal line. He has no experience with scissors.

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District

IEP Page 3 a b c d e f g h i j of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

**Section E: Present Level of Performance**

Performance Area: hEALTH

Assessment/Monitoring Process Used: lausd sCHOOL NURSE HEALTH aSSESSMENT

State/District Assessment Results: WELL CHILD, PASSED HEARING SCREENING, VISION GROSSLY NORMAL

Current Performance/Assessment Summary (including student strengths):

Cristian is an active, attractive, nearly 3 y.o. boy who has been generally healthy since birth. Hearing: Passed LAUSD screening, 5/6/06. Vision: Unable to screen, LAUSD; grossly normal per parent report. Parents have concern regarding language development, insistance on sameness, short attention span, high level of activity, and frequent tantrums. Recommend placement per IEP Committee.
K.Schwarzmann,R.N.

Performance Area:

Assessment/Monitoring Process Used:

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District IEP Page 3 a b c d e f g h i j of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

**Section E: Present Level of Performance**

Performance Area: Cognition/ General Ability

Assessment/Monitoring Process Used: Preschool Team Assessment (PTA), Parent Report, Observation

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

Per observation, parent report, and the results of the Preschool Team Assessment (PTA), non-verbal cognition appears within the average range and is a relative strength. Verbal skills are a relative weakness. In the area of imitative motor skills, Cristian towered 10 blocks and imitated a 4 block horizontal train (24-36 months). He refused request to imitate a 3 block train with chimney. In the area of part-whole relations, he quickly completed a 10 piece form board and two 6 piece inset puzzles (36-60 months). In the area of discriminating similarities and differences, Cristian matched by color and shape and sequenced by size vertically (42-54 months). He was able to sequence by size vertically after several attempts. He was not able to categorize objects or pictures. Verbally, Cristian has a vocabulary of about fifty words. He combined words and labeled objects and pictures (24-36 months). He was not able to repeat numbers he had just heard in the area of verbal memory or answer questions as to how to care for his physical needs in the area of verbal comprehension.

Performance Area: Academic Achievement

Assessment/Monitoring Process Used: PTA

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

Cristian matched 3 colors (30-36 months). He demonstrated an understanding of □more□ (18-24 months). He continues to need assistance with the concept of big/little. Cristian does not tell his name, age, or identify his gender (<18-42 months). He pointed to 4 parts of the body and named 2 additional parts (24-30 months).

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 3 a b c d e f g h i j of 24

Student PEREZ | CRISTIAN | A    Date of Birth 06-JUN-2002    Meeting Date 01-AUG-2006

## Section E: Present Level of Performance

Performance Area: Motor Abilities

Assessment/Monitoring Process Used:

State/District Assessment Results: N/A

Current Performance/Assessment Summary (including student strengths):

Cristian's areas of strength based on school occupational therapy assessment:
1. Cristian demonstrates functional postural stability and balance to access his immediate environment.
2. Cristian is interested in interact with the presented objects/toys.
3. Cristian demonstrates a variety of hand grasp pattern to manipulate and interact with objects.
4. Cristian follows at least one-step directions.
5. Cristian ids able to feed self and perform some simple dressing that required in the school setting.

Cristian's areas of need based on school occupational therapy assessment:
None at this time

Assistive Technology/Additional equipment and strategies that may benefit Cristian's participation within the educational program: None at this time

Recommendations to the IEP Team

At the IEP meeting, IEP team to discuss strengths and needs and to identify the most appropriate personnel to address the child's needs.

Performance Area:

Assessment/Monitoring Process Used:

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 3 a b c d e f g h i j of 24

Student PEREZ | CRISTIAN | A  Date of Birth 06-JUN-2002  Meeting Date 01-AUG-2006

## Section E: Present Level of Performance

Performance Area: Articulation, Voice, Fluency & Oral motor

Assessment/Monitoring Process Used: PLS-4, articulation screener, informal observations

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

A formal and informal screening articulation test was not accomplished due to Cristian□s noncompliance to repeat words after a model. However, Cristian demonstrates age appropriate articulation skills at the one word level with one syllable however intelligibility decreases noted with unintelligible jargon to familiar and unfamiliar listeners during spontaneous speech. Articulation errors of: initial and final sound deletion /t, d, p, k, g, s, l/ in words.

Voice, Oral Motor and Fluency
Voice, Oral motor structures and fluency appear to be within normal limits based upon informal observations. Cristian is able to complain, yawn, smile and makes environmental sounds of a car. He is able to make his needs and wants known.

At this time, articulation development will negatively affect Cristian's ability to access the curriculum.

Performance Area: Language Function-Summary

Assessment/Monitoring Process Used: PLS-4, Articulation Screener, informal observations, Children's Miller Assessment Rep

State/District Assessment Results:

Current Performance/Assessment Summary (including student strengths):

In summary, Cristian exhibits significant delays in the areas of receptive and expressive language and articulation skills. Receptively, he was able recognize action in pictures, understand verbs in context and identified body parts on self. He had difficulty understanding inhibitory words, spatial concepts and understands several pronouns. Expressively, Cristian was able combine three words with emerging four words in spontaneous speech. Cristian asked questions using wh- question format and named objects in photographs. He had difficulty using words more often than gestures to communicate with a limited variety of pragmatic functions. Cristian has difficulty using verb+ing and plurals when asked a question about a picture shown to him. Based upon informal observations, voice and fluency appear to be within normal limits. At this time, Cristian's receptive and expressive language skills can be addressed in an educational environment. However, Cristian's articulation of sounds in words can be addressed by the speech and language specialist.

Respectfully submitted,

J. M. Fujimoto, MS., CCC
Speech/Language Pathologist

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 4 of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

## Section F: Eligibility

If applicable, area(s) of suspected disability discussed:

social/emotional status, general ability, academic performance, motor abilities, self-help skills, language function, health

For Initial IEP, modifications attempted prior to determining eligibility:

1:1 family intervention

☒ Eligible as a student with the following disabilities:

| Disability | Code |
|---|---|
| Autism | AUT |
| | |
| | |
| | |

◉ Not Applicable, ○ Blind or ○ Partially Sighted

☒ Eligible for the Resource Specialist Program (RSP) and/or Designated Instruction and Services (DIS):

| Service | Code |
|---|---|
| Language/Speech | 10 |
| | |
| | |

☐ Not eligible for the following disabilities:

| Disability | Code |
|---|---|
| | |
| | |
| | |
| | |

Reason(s):

The IEP Team has considered and agrees that the educational needs of the student are not primarily due to:

- ☑ Social Maladjustment
- ☑ Temporary Physical Disability
- ☑ Lack of instruction in reading
- ☑ Lack of instruction in math
- ☑ Limited English Proficiency
- ☑ Environmental, Cultural or Economic Factors

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 5 a b c d e f g h i j of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

## Section G: Annual Goals/Objectives

Performance Area identified in Section E: Articulation  Related DIS/RSP Code: 10

Annual Goal # 1 ; GB

Will produce phonemes /m,t,k,w/ in words after a model using classroom and speech materials, 4 out of 5 times with 80% proficiency.

***Check all appropriate boxes*** Responsible Personnel: ☐ General Education Teacher ☑ Special Education Teacher ☐ Licensed/Credentialed Counselor

☑ DIS/RSP Personnel: Language/Speech ☐ Other Provider

Beginning Date (MO/YR) August 2006 ☑ Goal to be achieved by (MO/YR) June 2007

Progress to be reported to parent/guardian by ☐ Report Card ☑ Progress Report ☐ Parent Conference ☑ Other: Annual Review

*For DIS, RSP and Nonpublic School/Agency use only:* ☑ Per Week 1 | 30 or ☐ Per Month | |

Weekly Frequency Total Weekly Minutes Monthly Frequency Total Monthly Minutes

Of the total minutes, how many minutes of service will be provided as a **Pullout from a General Education classroom**? 0 minutes

**Incremental objective #1 related to the goal:**

Will produce phonemes /m,t,k,w/ in isolation and syllables with modeling and cues using classroom and speech materials, 3 out of 4 times with 75% proficiency.

Date to be achieved November 2006 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

**Incremental objective #2 related to the goal:**

Will produce phonemes /m,t,k,w/ in words with modeling and cues using classroom and speech materials, 3 out of 4 times with 75% proficiency.

Date to be achieved March 2007 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

## IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

*4 GOAL MET OR EXCEEDED* *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) *2 PARTIAL PROGRESS* (1-49% of goal met) *1 NO PROGRESS*

| **1st Reporting Period** Date: | **2nd Reporting Period** Date: | **3rd Reporting Period** Date: | **4th Reporting Period** (Secondary Only) Date: | **Goal Achievement** |
|---|---|---|---|---|
| Progress Mark: <br>Is progress sufficient to meet annual goal? <br>○ Yes ○ No <br>If "No" please comment: <br>☐ Needs More Time <br>☐ Excess Absence/Tardy <br>☐ Assignments Not Completed <br>☐ Need to review/revise Goal <br>☐ Other | Progress Mark: <br>Is progress sufficient to meet annual goal? <br>○ Yes ○ No <br>If "No" please comment: <br>☐ Needs More Time <br>☐ Excess Absence/Tardy <br>☐ Assignments Not Completed <br>☐ Need to review/revise Goal <br>☐ Other | Progress Mark: <br>Is progress sufficient to meet annual goal? <br>○ Yes ○ No <br>If "No" please comment: <br>☐ Needs More Time <br>☐ Excess Absence/Tardy <br>☐ Assignments Not Completed <br>☐ Need to review/revise Goal <br>☐ Other | Progress Mark: <br>Is progress sufficient to meet annual goal? <br>○ Yes ○ No <br>If "No" please comment: <br>☐ Needs More Time <br>☐ Excess Absence/Tardy <br>☐ Assignments Not Completed <br>☐ Need to review/revise Goal <br>☐ Other | Objective 1 Met: <br>○ Yes ○ No <br>Objective 2 Met: <br>○ Yes ○ No <br>If "No" please explain: |

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 5 a b c d e f g h i j of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

## Section G: Annual Goals/Objectives

Performance Area identified in Section E: School Readiness Related DIS/RSP Code:

Annual Goal # 2 GB

Will show persistence in approaching tasks by attending to a specific adult directed activity for up to 10 minutes with minimal cueing with 80% accuracy in 8 out of 10 opportunities.

*Check all appropriate boxes* Responsible Personnel: ☐ General Education Teacher ☑ Special Education Teacher ☐ Licensed/Credentialed Counselor

☐ DIS/RSP Personnel ☐ Other Provider

Beginning Date (MO/YR) August 2006 ☑ Goal to be achieved by (MO/YR) June 2007

Progress to be reported to parent/guardian by ☐ Report Card ☐ Progress Report ☑ Parent Conference ☑ Other Annual Review

*For DIS, RSP and Nonpublic School/Agency use only:* ☐ Per Week (Weekly Frequency / Total Weekly Minutes) or ☐ Per Month (Monthly Frequency / Total Monthly Minutes)

Of the total minutes, how many minutes of service will be provided as a **Pullout from a General Education classroom**? ____ minutes

**Incremental objective #1 related to the goal:**

With modeling, prompting, and cueing, will attend to a adult directed task for 3 to 5 minutes with 60% accuracy in 6 out of 10 opportunities.

Date to be achieved November 2006 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

**Incremental objective #2 related to the goal:**

With reduced cues, will attend to a adult directed task for 5 to 7 minutes with 70% accuracy in 7 out of 10 opportunities.

Date to be achieved March 2007 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

## IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

*4 GOAL MET OR EXCEEDED* *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) *2 PARTIAL PROGRESS* (1-49% of goal met) *1 NO PROGRESS*

| **1st Reporting Period** Date: | **2nd Reporting Period** Date: | **3rd Reporting Period** Date: | **4th Reporting Period** (Secondary Only) Date: | **Goal Achievement** |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Objective 2 Met: ○ Yes ○ No |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please explain: |
| ☐ Needs More Time | ☐ Needs More Time | ☐ Needs More Time | ☐ Needs More Time | |
| ☐ Excess Absence/Tardy | ☐ Excess Absence/Tardy | ☐ Excess Absence/Tardy | ☐ Excess Absence/Tardy | |
| ☐ Assignments Not Completed | ☐ Assignments Not Completed | ☐ Assignments Not Completed | ☐ Assignments Not Completed | |
| ☐ Need to review/revise Goal | ☐ Need to review/revise Goal | ☐ Need to review/revise Goal | ☐ Need to review/revise Goal | |
| ☐ Other | ☐ Other | ☐ Other | ☐ Other | |

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District

IEP Page 5 a b c d e f g h i j of 24

Student PEREZ CRISTIAN A Date of Birth 06-JUN-2002 Meeting Date 01-AUG-2006

## Section G: Annual Goals/Objectives

Performance Area identified in Section E Language Related DIS/RSP Code:

Annual Goal # 5 ; GB will relate personal information (name, age, gender) upon request with 80% accuracy in 8/10 trials

*Check all appropriate boxes* Responsible Personnel: ☐ General Education Teacher ☑ Special Education Teacher ☐ Licensed/Credentialed Counselor

☐ DIS/RSP Personnel ☐ Other Provider

Beginning Date (MO/YR) August 2006 ☑ Goal to be achieved by (MO/YR) June 2007

Progress to be reported to parent/guardian by ☐ Report Card ☐ Progress Report ☑ Parent Conference ☑ Other Annual review

*For DIS, RSP and Nonpublic School/Agency use only:* ☐ Per Week | Weekly Frequency | Total Weekly Minutes | or ☐ Per Month | Monthly Frequency | Total Monthly Minutes

Of the total minutes, how many minutes of service will be provided as a **Pullout from a General Education classroom**? ___ minutes

**Incremental objective #1 related to the goal:**

will relate personal information (name) upon request with 60% accuracy in 6/10 trials following a model

Date to be achieved November 2006 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

**Incremental objective #2 related to the goal:**

will relate personal information (name, age) upon request with 70% accuracy in 7/10 trials with diminished cueing

Date to be achieved March 2007 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

## IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

*4 GOAL MET OR EXCEEDED* *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) *2 PARTIAL PROGRESS* (1-49% of goal met) *1 NO PROGRESS*

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Objective 1 Met:<br>○ Yes ○ No<br>Objective 2 Met:<br>○ Yes ○ No<br>If "No" please explain: |

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District — IEP Page 5 a b c d e f g h i j of 24

Student: PEREZ | CRISTIAN | A — Date of Birth: 06-JUN-2002 — Meeting Date: 01-AUG-2006

### Section G: Annual Goals/Objectives

Performance Area identified in Section E: Social Emotional — Related DIS/RSP Code:

Annual Goal # 4 ; GB

```
Cristian will play alongside another child, with at least 3 interactions, for
at least 5 minutes, on 4 occasions during a school week.
```

*Check all appropriate boxes* Responsible Personnel: ☐ General Education Teacher ☑ Special Education Teacher ☐ Licensed/Credentialed Counselor

☐ DIS/RSP Personnel ☐ Other Provider

Beginning Date (MO/YR): August 2006 ☑ Goal to be achieved by (MO/YR): June 2007

Progress to be reported to parent/guardian by ☐ Report Card ☐ Progress Report ☑ Parent Conference ☑ Other: Annual Review

*For DIS, RSP and Nonpublic School/Agency use only:* ☐ Per Week (Weekly Frequency, Total Weekly Minutes) or ☐ Per Month (Monthly Frequency, Total Monthly Minutes)

Of the total minutes, how many minutes of service will be provided as a **Pullout from a General Education classroom**? ____ minutes

**Incremental objective #1 related to the goal:**

```
Crsitian will play alongside another child, with
adult support, for at least 5 minutes, on 4 occasions
during a school week.
```

Date to be achieved: November 2006 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

**Incremental objective #2 related to the goal:**

```
Cristian will play alongside another child, with at
least 3 interactions, with adult support, for at
least 5 minutes, on 4 occasions during a school week.
```

Date to be achieved: June 2007 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

**EXPLANATION OF MARKS**

*4 GOAL MET OR EXCEEDED* *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) *2 PARTIAL PROGRESS* (1-49% of goal met) *1 NO PROGRESS*

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Objective 2 Met: ○ Yes ○ No |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please explain: |

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Los Angeles Unified School District — IEP Page 5 a b c d e f g h i j of 24

Student: PEREZ | CRISTIAN | A — Date of Birth: 06-JUN-2002 — Meeting Date: 01-AUG-2006

### Section G: Annual Goals/Objectives

Performance Area identified in Section E: Social Emotional — Related DIS/RSP Code:

Annual Goal # 3 GB

Will follow classroom routines by independently transitioning from one activity to the next without negative behaviors upon adult request 80% of all daily opportunites

*Check all appropriate boxes* Responsible Personnel: ☐ General Education Teacher ☑ Special Education Teacher ☐ Licensed/Credentialed Counselor

☐ DIS/RSP Personnel ☐ Other Provider

Beginning Date (MO/YR) August 2006 ☑ Goal to be achieved by (MO/YR) June 2007

Progress to be reported to parent/guardian by ☐ Report Card ☐ Progress Report ☑ Parent Conference ☑ Other Annual Review

*For DIS, RSP and Nonpublic School/Agency use only:* ☐ Per Week — Weekly Frequency, Total Weekly Minutes — or ☐ Per Month — Monthly Frequency, Total Monthly Minutes

Of the total minutes, how many minutes of service will be provided as a **Pullout from a General Education classroom**? ____ minutes

**Incremental objective #1 related to the goal:**

After model ,prompt and visual cue, will transition from one activity to the next without negative behaviors with 60% of all daily opportunities.

Date to be achieved November 2006 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

**Incremental objective #2 related to the goal:**

With decreasing models, prompts will transition from one activity to the next without negative behaviors 70% of all daily opportunities with a picture schedule for a visual cue.

Date to be achieved March 2007 MO/YR

Methods of evaluation:

☐ State Assessments ☐ Norm Referenced ☐ Criterion Referenced
☐ Curriculum Based ☑ Observation ☐ Portfolio
☐ Work Samples ☑ Informal
☐ Other

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

*4 GOAL MET OR EXCEEDED* *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) *2 PARTIAL PROGRESS* (1-49% of goal met) *1 NO PROGRESS*

| 1st Reporting Period | 2nd Reporting Period | 3rd Reporting Period | 4th Reporting Period | Goal Achievement |
|---|---|---|---|---|
| Date: | Date: | Date: | (Secondary Only) Date: | |
| Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Progress Mark:<br>Is progress sufficient to meet annual goal?<br>○ Yes ○ No<br>If "No" please comment:<br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | Objective 1 Met:<br>○ Yes ○ No<br>Objective 2 Met:<br>○ Yes ○ No<br>If "No" please explain: |

# LOS ANGELES UNIFIED SCHOOL DISTRICT
## DIVISION OF SPECIAL EDUCATION
## INFANT AND PRESCHOOL PROGRAMS
## PRESCHOOL ASSESSMENT REPORT
**Confidential**

**Name:** Perez, Cristian
**Date of Birth:** 06/06/02
**Chronological Age:** 4 years 1 month
**Grade:** Pre-Kindergarten
**Home Language:** Spanish/ English
**Date of Evaluation:** 07/07/06
**School Psychologist:** Brandee Van Rijsbergen
**Speech/ Language Therapist:** June Fujimoto

### REASON FOR REFERRAL:
Cristian was referred by his parents due to concerns in the areas of speech and language.

### EVALUATION PROCEDURES:
Materials and procedures used for assessment and educational planning have been selected and administered so as not to be racially, culturally, or sexually discriminatory and are considered valid and is combined with other relevant findings for decisions on educational needs. When published norms are not appropriate, instruments have been administered for the purpose of analyzing qualitative responses and information. The evaluation is an accurate and valid description of the student's functioning. However, test results should be interpreted with some caution due to the use of an interpreter. The following procedures were components of the evaluation:

- Parent Interview
- Observation
- Background Information
- Preschool Team Assessment (PTA)
- Vineland Adaptive Behavior Rating Scale- Interview Edition (VABS)
- Childhood Autism Rating Scale (CARS)

### BACKGROUND INFORMATION:
Cristian lives with his parents and four brothers. Spanish and English are the primary languages of the family. He attended a family day care for about three and a half years and there were no concerns reported to parents. Cristian's pediatrician referred him for an evaluation due to concerns in the areas of speech and language. Parent reports concerns in the areas of speech, language, attention, and ability to follow directions.

### MEDICAL INFORMATION:
Per parent at the initial referral, Cristian was born full term, normal delivery. He walked within fifteen months of age and first words were spoken at thirty-six months. There are no concerns in the areas of hearing or vision. He takes no medication. No hospitalizations or illness reported. Refer to the Preschool Nurse's report for detailed health information.

**ASSESSMENT RESULT:**

**Cognitive Ability**

The Preschool Team Assessment is divided into verbal and nonverbal tasks in order to measure the strengths and weaknesses in both areas. Nonverbal tasks evaluate visual motor coordination, visual imitation and memory, and the understanding of object relationships, such as pattern recognition, categories and sequential relationships. The verbal tasks measure the ability to recognize and label objects, use sentences to express basic needs and experiences, auditory attention and imitation, and symbolic language, including simple analogies, opposites, object functions and an understanding of future actions.

Per observation, parent report, and the results of the Preschool Team Assessment (PTA), non-verbal cognition appears within the average range and is a relative strength. Verbal skills are a relative weakness. In the area of imitative motor skills, Cristian towered 10 blocks and imitated a 4 block horizontal train (24-36 months). He refused request to imitate a 3 block train with chimney. In the area of part-whole relations, he quickly completed a 10 piece form board and two 6 piece inset puzzles (36-60 months). In the area of discriminating similarities and differences, Cristian matched by color and shape and sequenced by size vertically (42-54 months). He was able to sequence by size vertically after several attempts. He was not able to categorize objects or pictures. Verbally, Cristian has a vocabulary of about fifty words. He combined words and labeled objects and pictures (24-36 months). He was not able to repeat numbers he had just heard in the area of verbal memory or answer questions as to how to care for his physical needs in the area of verbal comprehension.

**Academic Achievement**

The academic area is a measure of acquired knowledge. It determines at what level the student has developed knowledge in labeling body parts, personal information, colors, and number concepts. Acquired knowledge relies on exposure and long-term memory skills.

Cristian matched 3 colors (30-36 months). He demonstrated an understanding of "more" (18-24 months). He continues to need assistance with the concept of big/little. Cristian does not tell his name, age, or identify his gender (<18-42 months). He pointed to 4 parts of the body and named 2 additional parts (24-30 months).

**Social Skills**

The Vineland Adaptive Behavior Scales (VABS) is based upon parent/guardian report. It determines how a child is participating in the environment, interacting with others, and developing overall social awareness.

Social skills appear within 1 year 8 months age level of development. Cristian plays with toys and shows an interest in the activities of others. Occasionally, he engages in make-believe play. He shows a desire to please caregiver and responds to positive statements.

The Childhood Autism Rating Scale (CARS) is a behavioral rating scale developed to identify children with autism, and to distinguish them from developing handicapped children without the autism syndrome.

Based on observation during this assessment and report by Cristian's mother, behaviors fall within the mildly-moderate autistic range with a score of 31 out of a possible 60 points on The Childhood Autism Rating Scale (CARS). Significant behaviors are in the areas of: relating to people, emotional response, sensory responses, communication, and activity level. Per mother, Crisitian rarely makes eye contact with the family; he behaves as if he and the television are only in the room. Usually, he watches television while participating in an activity. She repeatedly

calls his name to gain his attention. Cristian tantrums if he is not able to do as he pleases. He only eats chicken nuggets from McDonalds. He constantly puts his fingers in his mouth.
He has about a fifty word vocabulary; speech also consists of jargon and echolalia. Cristian does not go to sleep until twelve or one o'clock in the morning.

Cristian entered the room with his mother and refused to separate from her during the assessment. He sat on her lap and would not sit in a chair by himself. He sat with his back facing one of the examiners and would not face her. He held cars in his hand while performing most tasks. Cristian worked quickly and it was difficult to detach him from tasks that he enjoyed. Eye contact was fleeting and he squinted. Cristian aligned objects vertically and horizontally. He spoke quickly and used both real words and jargon. At the end of the assessment, while the examiners talked with his mother, Cristian sat on the floor next to his mother's leg and would not make eye contact with the examiners.

**Adaptive Behavior**
The Vineland Adaptive Behavior Scales (VABS) is based upon parent/guardian report. It determines whether the child is functioning within age level of expectancy in self-help and communication skills.

Self-help skills are within 1 year 1month age level of development. Cristian uses a spoon and a cup with a lid. He is not toilet trained. He can remove his jacket and put on garments with elastic waistbands.
Communication skills are within 1 year 2 months age level of development. Cristian can follow simple instructions. He can point to at least one part of the body. He has a vocabulary of about fifty words. He uses simple routine phrases. He can indicate a preference when given a choice.

**Motor**
The Vineland Adaptive Behavior Scales (VABS) is based upon parent/guardian report. It determines whether the child is functioning within age level of expectancy in motor skills.

Physical skills are within 2 years 8 months. Cristian walks, runs, and jumps. He walks up and down stairs alternating his feet. He climbs on high play equipment. He can twist a doorknob to open a door and unlock key locks.

The PTA measures the student's ability to copy figures and uses scissors.

Per the PTA, fine motor skills range within 30 months age level of development. Cristian scribbled circularly. He imitated a vertical and horizontal line. He has no experience with scissors.

**SUMMARY:**
Accumulated data suggests that Cristian's overall intellectual functioning is within the average to low average range. Strengths are in the nonverbal area. Verbal skills are a relative weakness. Academic achievement, motor, social, and adaptive behavior skills are below his age level of development. The results of this evaluation indicate that Cristian exhibits several autistic-like behaviors that include the following: impaired ability to uses oral language for appropriate communication, a history of significant withdrawal from others and continued impairment in social interaction from infancy through early childhood, an obsession to maintain sameness, extreme resistance to controls, and display of peculiar motoric mannerisms or motility patterns.

The results of this evaluation is not primarily due to environmental, cultural, or economic disadvantage, unfamiliarity with the English language, limited school experience, poor attendance, social maladjustment, or hearing impairment. Based upon these results, Cristian may be in need of special education services due to autistic like characteristics.

**RECOMMENDATIONS:**

1. Refer to the IEP committee for eligibility and placement.
2. Support Cristian in developing school achievement skills.
3. Encourage Cristian to continue to use his words to express wants and needs.
4. Encourage Cristian to attend to a teacher directed activity.
5. Support Cristian in exploring various manipulatives and interacting with others.
6. Encourage Cristian to care for his toileting needs.
7. Encourage Cristian to participate in both fine and gross motor skills.

**Brandee Van Rijsbergen**
**School Psychologist**
**Preschool Programs**

Los Angeles Unified School District
**Speech and Language Assessment Report**

Student Name: Cristian Perez
School of Assessment: Sellery
Assessor: J.M. Fujimoto

Date of Birth: 6/6/2002 Age: 4.1 yrs
Grade: Preschool
Date: 7/7/06

**Accommodations/modifications** were made to meet the needs of the student during the assessment with frequent requests to repeat his answers with verbal reinforcements.

**The purpose for the current assessment** is to determine whether Cristian is eligible for special educational services. Per Referral Form dated 4/12/06, Cristian's pediatrician recommended to Mrs. Perez that Cristian get a speech evaluation. Mrs. Perez stated, Cristian has difficulty focusing and does not pay attention. Parent stated, he does not sit for a story and does not respond to questions. However, Cristian is able to label familiar objects in a book and meets his needs by pointing and taking the persons hand to what he wants.

**Validity of assessment**: testing and assessment materials and procedures used for the purposes of assessment and placement of individuals with exceptional needs are selected and administered so as not to be racially, culturally, or sexually discriminatory and are valid for the purpose of this assessment.

**Assessment Results:** Current assessment consisted of standardized measures **Preschool Language Scale (PLS-4)** which measures receptive and expressive communication skills for children birth through age 6-11, teacher report, language sample and behavioral observation.

| **Results of Testing:** | | ***Raw Score*** | ***SS*** | ***% Rank*** | ***Age Equivalent*** |
|---|---|---|---|---|---|
| **PLS** | Receptive Language: | 26 | 50 | 1 | 1 yr, 10 months |
| | Expressive Language: | 28 | 50 | 1 | 1 yr, 11 months |
| | Total Language Score: | 54 | 50 | 1 | 1 yr, 10 months |

**Receptive skills**

Based on assessment and informal observations, Cristian has significant delays in the area of receptive language skills. On the **PLS**, he was able recognize action in pictures (*sleeping, eating, playing*), identified clothing items on self (*shoes, shirt, socks*) at the 2-0 to 2-5 year level. He was also able to understand verbs in context (*The bear is thirsty. Give him something to drink.*) and identified body parts on self *(nose, eye, feet, and hand*) at the 1-6 to 1-11 year level. He had difficulty understanding inhibitory words (*Stop! Wait*!), spatial concepts (*off, out of*) and understand several pronouns (*me, you, your*) at the 2-0 to 2-5 year level.

**Expressive skills**

Cristian had delays in the area of expressive language skills. On the **PLS**, he was able combine three words "*I no scar/scared.*" with emerging four words "*I want my car.*" in spontaneous speech. Cristian asked questions with a rising intonation, used ("*where ball*?" "*What that?*") and named objects in photographs (*ball, baby, cookie, shoe, dog*) at the 2-0 to 2-5 year level. He had difficulty using words more often than gestures to communicate with a limited variety of pragmatic functions (use a word to get person's attention-*look it!,* answering questions with *yes or no* and requesting assistance *open please*). Cristian also has difficulty using different word combinations (noun + verb, noun + verb+ location), verb+*ing* (eating) and use plurals (babies, blocks) when asked a question about a picture shown to him at the 2-6 to 2- 1 year level.

**Spontaneous Language**
A spontaneous language sample revealed use of one, two and three word phrases with emerging four words, however unintelligible jargon was interspersed during verbalizations during the assessment. Cristian used the following structures: Tense markers: Pronouns-*I, it, mine and my*; plurals-*cars*; Articles-*a*; Negative-no and Questions-*What, Where.* He did not use: present tense verbs (eating), copula-is and article-the. Social language consisted of using words or gestures to: direct attention to something, naming an object, playing with examiner, complained, repeating words, asking a question, telling about an object. Sample of utterances with articulation corrected: "that's my car" "I want more." "Hey, where my car?" "A no work" "I no see this no more."
"a hand" "my cards" "what that" "I get it." "This not two" "where my ball?"

**Articulation**
A formal and informal screening articulation test was not accomplished due to Cristian's noncompliance to repeat words after a model. However, Cristian demonstrates age appropriate articulation skills at the one word level with one syllable however intelligibility decreases noted with unintelligible jargon to familiar and unfamiliar listeners during spontaneous speech. Articulation errors of: initial and final sound deletion /t, d, p, k, g, s, l/ in words.

**Voice, Oral Motor and Fluency**
Voice, Oral motor structures and fluency appear to be within normal limits based upon informal observations. Cristian is able to complain, yawn, smile and makes environmental sounds of a car. He is able to make his needs and wants known.

**Student behavior during the assessment:** Cristian entered the Classroom with his mother and grabbed on to mom, complained with whining and did not want to separate from her. He sat on her lap with his face buried into her chest. During the assessment, Cristian would not turn and face the examiner when shown toys and assessment books. Examiners brought out a variety of toys and when the cars were brought out, Cristian responded spontaneously with unintelligible jargon interspersed with words and phrases during the assessment. Examiner had to repeat instructions and change activities quickly to keep him engaged.

**Summary**
In summary, Cristian exhibits significant delays in the areas of receptive and expressive language and articulation skills. **Receptively,** he was able recognize action in pictures, understand verbs in context and identified body parts on self. He had difficulty understanding inhibitory words, spatial concepts and understands several pronouns. **Expressively,** Cristian was able combine three words with emerging four words in spontaneous speech. Cristian asked questions using wh- question format and named objects in photographs. He had difficulty using words more often than gestures to communicate with a limited variety of pragmatic functions. Cristian has difficulty using verb+*ing* and plurals when asked a question about a picture shown to him. Based upon informal observations, voice and fluency appear to be within normal limits. At this time, Cristian's receptive and expressive language skills can be addressed in an educational environment. However, Cristian's articulation of sounds in words can be addressed by the speech and language specialist.

Respectfully submitted,

J. M. Fujimoto, MS., CCC
Speech/Language Pathologist

# EXHIBIT B

**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: sara_peloquin@fd.org

Attorneys for Mr. Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE AGUSTO PEREZ-RAMOS,**<br>Defendant. | CASE NO. 08CR0539-JLS<br>DATE: August 15, 2008<br>TIME: 1:30 P.M.<br>**DECLARATION OF JUDITH AGUILAR IN SUPPORT OF MOTION TO DISMISS INDICTMENT** |

I, Judith Aguilar, declare as follows, under penalty of perjury.

1. My name is Judith Aguilar. For approximately six years, I have been employed by the Ontario-Montclair School District as an Instructional Aide for Handicapped Children.

2. I have a Bachelor of Arts Degree in Liberal Studies, from California State Polytechnic University in Pomona, California .

3. In my capacity as an Instructional Aide, I have worked closely with over 50 children with autism and have become familiar with their special needs.

4. Autism is a life-long disability for a child, characterized by emotional and behavioral problems, learning difficulties, and speech and language delay among other things.

5. Children with autism require many hours of consistent one-on-one interaction with adult care-givers, especially their parents. Because children with autism have learning and speech difficulties, they need to concentrate more fully than non-autistic children on communication and

interaction with other people.

6. Many children with autism cannot be left alone for any period of time and need constant attention. Children with autism cannot learn communication and social skills simply by seeking out communicative social contact, in the way that a non-autistic child can.

7. The amount of specialized and individual attention child with autism receives at an early stage is most likely to determine the level of functionality the child will achieve in adult life. Early diagnosis and early interventions both at home and at school are extremely important in determining what level of autonomy or functionality he or she will achieve.

8. Based on my review of the reports of the Psychologist and Speech Pathologist, Christian Perez presents with what appears to be an autism disorder, as well as a speech disorder. Autistic characteristics shown by Christian include low oral language skills, significant withdrawal from others around him, and delayed development of social skills. Christian's speech disorder is characterized by an articulation disorder which would negatively affect him in a regular classroom environment, thus inhibiting his learning potential.

9. Early diagnosis and interventions are a crucial part of Christian's home and educational environment. In order for Christian to be successful both in the home and at school he needs to have the support from the educational team and his family.

I swear that to the best of my knowledge and memory, the foregoing is true and correct. I so declare this 4 day of August, 2008, in San Diego, California.

**JUDITH AGUILAR**, Declarant