**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: sara_peloquin@fd.org

Attorneys for Mr. Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE AGUSTO PEREZ-RAMOS,**<br>Defendant. | CASE NO. 08CR0539-JLS<br>DATE: August 15, 2008<br>TIME: 1:30 P.M.<br>**DECLARATION OF ALICIA MONTANO IN SUPPORT OF MOTION TO DISMISS INDICTMENT** |

I, Alicia Montano, declare as follows, under penalty of perjury.:

1. My name is Alicia Montano. I live in Los Angeles, CA.

2. I was born in California on December 16, 1981. I am a citizen of the United States.

3. Jose Perez-Ramos and I have been in a relationship for over ten years and we have five children together. Michael is ten years old. Miguel is nine years old. Christian is five years old. Emmanuel is four years old, and Daniel is one year old. All of our children were born here in the United States.

4. Although we were not legally married, we do live as husband and wife.

5. I would have married Jose while he was in deportation proceedings if I had known that it might help him to stay in the United States legally. At the time, we were still in a long-term committed relationship.

6. Jose's deportation has caused great hardship to me and our children.

7. My children and I miss Jose very much.

8. Because he was deported Jose is not able to help me financially and he is not able to help with childcare. Before he was deported Jose was the primary care-giver to our five sons, while I worked during the day.

9. Michael and Miguel are at school during the day. Christian, Emmanuel and Daniel have not yet begun attending school.

10. Christian has not started school yet because he had been diagnosed with autism and mild retardation.

11. Because of his disability the school board will not accept him at a regular school. Christian has been referred to a special school.

12. I have been advised by the school psychologist that Christian will need special care at home to aid in his development, in particular a lot of one-on-one attention.

13. Christian's special needs occupy much of my attention, leaving less time and energy to devote to my other four children. This has caused come jealousy and fighting among my kids. In particular, Emanuel and Christian fight when they are not supervised.

14. Without Jose at home, I am a single mother. He can not help with the childcare at home and can not provide financial assistance to help me hire a child care provider because he can not earn enough in Mexico to provide me with financial support.

15. I have not been able to arrange Christian's placement at a special needs school yet because I was working during the daytime and could not arrange special transportation for him.

//

//

//

//

//

//

//

16. I have begun working nights so that next fall I will be able to take Christian to and from school and care for his brothers during the day.

17. A babysitter comes at night to look after our children while they sleep and I am at work.

I so declare this 11 day of August, 2008, in Los Angeles, California.

ALICIA MONTANO, Declarant