KAREN P. HEWITT
United States Attorney
CARLOS O. CANTU
Special Assistant U.S. Attorney
Government Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5766
Email: Carlos.Cantu@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE AGUSTO PEREZ-RAMOS,<br>Defendant. | ) | Criminal Case No. 08CR0539-JLS<br><br>APPLICATION FOR ORDER SHORTENING TIME |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos O. Cantu, Special Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the filing of the Government's Response and Opposition to Defendants' Motions to Dismiss Indictment due to Improper Jury Instructions and Invalid Deportation, and to Suppress Statements.

A proposed order with respect to this motion is being submitted directly to the court via efile_sammrtino@casd.uscourts.gov.

This application is made for the following reasons:

(1) Defendant filed a Supplemental Statement of Facts and Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss the Indictment Due to Invalid Deportation on August 5, 2008.

(2) The undersigned was assigned to this matter on August 11, 2008.

(3) The undersigned completed the response to Defendants' motions on August 13, 2008.

DATED: August 13, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Carlos O. Cantu
CARLOS O. CANTU
Special Assistant United States Attorney
Attorney for Plaintiff
United States of America
Email: carlos.cantu@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE AGUSTO PEREZ-RAMOS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 08CR0539-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Motion to Shorten Time** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Sara Peloquin, Esq., sara_peloquin@fd.org**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2008.

s/ CARLOS O. CANTU
CARLOS O. CANTU