UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE AGUSTO PEREZ-LOPEZ, Defendant. | ) | Criminal No. 08CR0539-JLS ORDER |

**IT IS HEREBY ORDERED** that the Government may file its Response and Opposition to Defendant's Motions to Dismiss in the above entitled case on August 13, 2008.

**SO ORDERED.**

DATED: August 15, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge