**SARA M. PELOQUIN**
California State Bar No.254945
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Mr. Perez-Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AGUSTO PEREZ-RAMOS,<br><br>Defendant. | Case No. 08CR0539-JLS<br><br>DATE: September 4, 2008<br>TIME: 9:00 a.m.<br><br>NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE*:<br><br>1) TO EXCLUDE DEPORTATION DOCUMENTS;<br>2) TO PROHIBIT EVIDENCE UNDER FED. R. EVID. 404(B) AND 609;<br>3) TO EXCLUDE WITNESSES (A-FILE CUSTODIAN);<br>4) TO ALLOW ATTORNEY-CONDUCTED VOIR DIRE;<br>5) TO PROHIBIT WITNESSES FROM REFERRING TO MR. PEREZ-RAMOS AS "THE ALIEN";<br>6) PRODUCE GRAND JURY TRANSCRIPTS;<br>7) TO SUPPRESS THE DEPORTATION HEARING AUDIOTAPE OR TRANSCRIPT;<br>8) TO PRECLUDE EXPERT TESTIMONY;<br>9) TO PRECLUDE EVIDENCE OF REINSTATEMENTS; AND<br>10) ALLOW LEAVE TO FILE FURTHER MOTIONS. |

//

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CARLOS CANTU, SPECIAL ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Jose Agusto Perez-Ramos, by and through his attorneys, Sara M. Peloquin and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions *in limine* listed below.

## MOTIONS *IN LIMINE*

Jose Agusto Perez-Ramos, the accused in this case, by and through his attorneys, Sara M. Peloquin and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1. exclude deportation documents;
2. prohibit evidence under Fed. R. Evid. 404(b) and 609 evidence;
3. exclude witnesses (A-file Custodian);
4. allow attorney-conducted *voir dire*;
5. prohibit witnesses from referring to Mr. Perez-Ramos as “the alien”
6. produce grand jury transcripts;
7. suppress the deportation hearing audiotape or transcript;
8. preclude expert testimony;
9. preclude evidence of reinstatements; and
10. to allow leave to file further motions.

These motions are based upon the instant motions and notice of motions *in limine*, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may be adduced at the time of the hearing on these motions.

Respectfully submitted,

Dated: August 25, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Perez-Ramos