UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO. 08CR0539-JLS |
| v. | CERTIFICATE OF SERVICE |
| JOSE AGUSTO PEREZ-RAMOS, Defendant. | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Carlos Cantu, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: August 25, 2008

*/s/ Sara M. Peloquin*

**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: sara_peloquin@fd.org