# INDEX OF EXHIBITS

United States v. Jose Agusto Perez-Ramos

08CR0539-JLS

**Page**

(Exhibit A) Transcript of Mr. Perez-Ramos' Deportation Proceedings . . . . . . . . . . . . . . . . . . 1