# EXHIBIT A

# TRANSCRIPT OF MR. PEREZ-RAMOS' DEPORTATION PROCEEDINGS

IJ: Immigration Judge
JPR: Jose Agusto Perez-Ramos
INS: Immigration and Naturalization Service

JUNE 6, 2007

IJ: A 77 323 203. Agusto Perez-Ramos is present in court is uncounselled, the government is represented by Ms. (inaudible). 6/20/2007 Judge Cassidy, Lancaster, California.

The reason why you're in proceedings is because you're an alien not a citizen of the United States. You are a citizen of Mexico. You entered illegally in 1992. You if you'd like a continuance of these proceedings to speak to an attorney, I'll grant you a continuance and I'll provide you with a list of legal services. You may chose from that list an attorney or you may chose to represent yourself. If you wish to go forward today that is your right; however, there is a possibility you will be ordered removed and returned to Mexico. What do you wish to do?

JPR: I'd like to thank you for..(inaudible) and allowing me to be here by myself. What I want to know is what is it that I need to be allowed to stay here in the United States?

IJ: I cannot be your advisor. What you need to stay in the United States, you'd need to be a lawful permanent resident, or have a visa that would allow you to remain and work. Ok? Alright, and since you don't have that and you entered illegally that's why you're being asked to return. Understood? And is there a conviction on him.?

INS: Yes you honor. Respondent was convicted on May 16, 2007 of lewd and lascivious acts on a child and received 173 days.

IJ: Ok. Because of that conviction, sir, it may be difficult for you to get status in the future. I'm sure you've come to realize that. Ok. Now, do you wish to go forward today and have me issue an order returning you to Mexico? Or do you want some time to speak to an attorney?

JPR: I don't have the money to hire an attorney. I do think that there are things that I am not guilty of but I have to accept them. And I thank you for allowing the time to me to explain the situation. I just have my wife and five kids here. She is from here. From the United States. That's the only thing that I have here. If I am deported I won't be able to see them, I won't be able to have them. That's why I am asking you what is it that I need to be allowed to stay here with them.

IJ: Because of this conviction it doesn't appear that there is anything that you can do. Alright, but again I can not be your advisor. If you want... want an answer that's different or want this further explained to you I suggest that you ask for a continuance to speak to someone from a legal clinic or from the list that you've been provided.

JPR: Would I be able to have it for like ten days.

IJ: Um... What's the next date? What's the earliest date? July 26 will be your next date, sir.

JPR: Thank you.

IJ: Alright, July 26th. You're welcome.

JULY 16, 2007

IJ: This is Immigration Judge Rose Peters conducting a (inaudible) hearing in San Pedro California on July 16th, 2007, in the matter of Augusto Perez-Ramos 77 323 203. On behalf of the respondent is (inaudible) in Pasadena. Sir, what language do you speak?

JPR: Spanish.

IJ: Please raise your right hand. Do you swear to tell the truth the whole truth and nothing but the truth?

JPR: Yes.

IJ: Thank you please be seated. And state your full name.

JPR: Jose Augusto Perez-Ramos.

IJ: First name is Jose? The notice to appear will be amended to add the respondent's first name. This is a removal hearing. I must determine whether or not you should be removed from the United States. So you understand what this hearing is about?

JPR: Yes.

IJ: In this hearing you have the right to have an attorney represent you. The attorney has to be of your choice and at your expense, because the government will not provide a lawyer for you. However, it may be possible for you to get a free lawyer. The (inaudible) officer is handing you a list of attorneys who might be able to take your case for little or no cost. He' also handed you a formulaire if you want to exercise your right to appeal these proceedings. You are not required to obtain a lawyer, you may represent yourself. Do you understand what I've said about your right to a lawyer?

JPR: Yeah.

IJ: Do you want time to get a lawyer to help you?

JPR: These attorneys, you have to pay for them, right?

IJ: Little or no cost is what we've got.

JPR: I have no way to pay for one.

IJ: So do you want time to try to get a lawyer to help you?

JPR: No. I've been waiting. I've been unable to find anyone.

IJ: So you're going to speak for yourself without a lawyer?

JPR: If I have the opportunity to speak now all that I would like to request is that I am allowed to remain in the United States because I really want to stay here.

IJ: How old are you, sir?

JPR: 31 years old.

IJ: In this hearing you have the right to look at evidence presented against you, object to that evidence, you also have the right to present evidence to me, you also have the right to make any statements to me. If the government presents a witness against you, you have the right to question him. Do you understand these rights?

JPR: Yes.

IJ: We have a paper written in your name called a notice to appear, it is dated December 1, 2006. I will show you a copy and ask did you receive a copy from the government.

JPR: Yes.

IJ: It has already been marked into the records as exhibit 1by the Judge in Lancaster. This paper contains the charges against you. I am going to go over the charges against you and I want you to tell me if they are true or false. Are you requesting a bond hearing today?

JPR: I don't have the means to pay for a bond.

IJ: Number one, are you a citizen or national of the United States?

JPR: I'm sorry, again?

IJ: Are you a citizen or national of the United States?

JPR: No.

IJ: Number two, are you a citizen of Mexico?

JPR: Yes.

IJ: Is it true you entered the United States near San Ysidro, California on February 1, 1992

JPR: Yes.

IJ: Number four, you had not been admitted or paroled after inspection by an immigration officer, that is that you crossed the border by hiding from immigration.

JPR: Yes.

IJ: The government seeks to remove you because you crossed the border in a manner without presenting yourself to an immigration officer to be inspected and admitted into the United States. Do you understand this charge against you?

JPR: Yes.

IJ: Do you agree you could be removed for this reason?

JPR: Yes.

IJ: Do you wish to chose the country to which you will be removed?

JPR: Yes.

IJ: Which country?

JPR: Mexico.

IJ: Has immigration sent you back to Mexico before, sir?

JPR: No.

IJ: Well, our court records show that the Immigration Judge in Lancaster, gave you voluntary departure in December of 2000.

JPR: I thought I was deported then, right?

IJ: I'm sorry?

JPR: When I entered in '92 I told him that I entered through San Ysidro. There in Lancaster I told him that's where I entered.

IJ: Sir, our court records show that in December of 2000, you were in Lancaster and the Judge gave you voluntary departure.

JPR: Yes.

IJ: And did you leave the United States, pursuant to that order?

JPR: Yes.

IJ: And how long were you in Mexico after you left voluntarily the United States?

JPR: Exactly I don't remember but it was around 2 or 3 years

IJ: So you came back in around 2002 or 2003

JPR: 2002

IJ: And where did you cross the border in 2002?

JPR: I don't remember exactly where I entered.

IJ: Was it San Ysidro?

JPR: No.

IJ: Where were you in Mexico before you crossed the border?

JPR: Puebla.

IJ: I don't see Puebla on the border.

JPR: Before I came to the border I was in Puebla. While at the border in Tijuana I was in the neighborhood of (inaudible) and Revolucion.

IJ: So you crossed the border from Tijuana in 2002?

JPR: Yes.

IJ: What month in 2002?

JPR: I don't remember.

IJ: And have you left the United States since entering in 2002?

JPR: No.

IJ: Are you married?

JPR: No not married. Living with someone.

IJ: Do you have children?

JPR: Five.

IJ: And where were they born?

JPR: Here.

IJ: How old are they?

JPR: 8, 7, 5, 4, 1.

IJ: And who do they live with?

JPR: Their mother.

IJ: In Los Angeles?

JPR: Yes.

IJ: And your parents where are they?

JPR: One's dead, my mother's alive.

IJ: Where's your mother?

JPR: Puebla.

IJ: Mexico?

JPR: Yes.

IJ: Did you ever become a lawful permanent resident of the United States?

JPR: No.

IJ: Well sir, I don't see how you can qualify to stay in the United States, because you don't have

any family that can petition for you.

JPR: Well I was thinking of marrying my wife I thought maybe that was the only possibility and maybe anything you can assist me with so I can remain here with my children.

IJ: Well I don't see how you can do that, sir. Do you want time to talk to a lawyer to see if there is something that you can do?

JPR: No. I owe too much money. I owe rent money, I can't.

IJ: How did you cross the border in 2002?

JPR: I think it was the hills, but I'm not sure where.

IJ: So you crossed the border hiding from immigration?

JPR: Yes.

IJ: Are you afraid to return to Mexico?

JPR: I don't fear. But I have responsibilities in the United States?

IJ: So, do you have the money to pay for your way out of the United States?

JPR: No.

IJ: Well then sir, the only thing I see in your case is that you be removed and deported to Mexico at immigration's expense. Do you want time to talk to your family first?

JPR: I've spoke to my family. You can do whatever you need to do.

IJ: Anything by the government? I am ordering the respondent removed and deported to Mexico under (inaudible). If the decision is incorrect or unfair you may appeal to a higher court, or you may accept my decision. If you accept it, it is final. What do you wish to do accept or appeal?

JPR: Accept.

IJ: By accepting my decision today, it does become final. That means you may not change your mind at some later time do you understand?

JPR: Yes.

IJ: And you so accept?

JPR: Yes.

IJ: Any appeal by the government?

INAUDIBLE... the hearing is closed.