# EXHIBIT

# 1

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
45100 N. 60TH ST. WEST
LANCASTER, CA 93536

In the Matter of:
PEREZ-RAMOS, AGUSTO

Case No.: A77-323-203

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear. The respondent has made application solely for voluntary departure in lieu of removal.

It is HEREBY ORDERED that the respondent be GRANTED voluntary departure in lieu of removal, without expense to the Government on or before December 22, 2000 or any extensions as may be granted by the District Director, Immigration and Naturalization Service, and under whatever conditions the District Director may direct.

It is FURTHER ORDERED:

[ ] That the respondent post a voluntary departure bond in the amount of ________ with the Immigration and Naturalization Service on or before ________.

[ ] That the respondent shall provide the Immigration and Naturalization Service travel documentation sufficient to assure lawful entry into the country to which the alien is departing within 60 days of this order, or within any time extensions that may be granted by the Immigration and Naturalization Service.

[X] Other Under INS Safeguards.

It is FURTHER ORDERED that if any of the above ordered conditions are not met as required, the above order shall be withdrawn without futher notice or proceedings and the following shall thereupon become immediately effective: respondent shall be removed to Mexico on the charge(s) in the Notice to Appear.

It is FURTHER ORDERED that if respondent fails to depart as required, the above order shall be withdrawn without further notice or proceedings and the following order shall become immediately effective: respondent shall be removed to Mexico on the charge(s) in the Notice to Appear.

You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act. Remaining in the United States beyond the authorized date will result in your being found ineligible
DIM

for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for a period of ten (10) years from the date of scheduled departure. Your Voluntary departure bond, if any, will also be breached. Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

A. THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BE INELIGIBLE ARE:

1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English. Oral notice of the contents of this notice was given to the alien in his/her native language, or in a language he/she understands.

WILLIAM J. NICKERSON
Immigration Judge
Date: Dec 21, 2000

Appeal: WAIVED (A/I/B)
Appeal Due By: ~~Jan 22, 2001~~

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [✓] ALIEN c/o Custodial Officer [ ] Alien's ATT/REP [✓] INS
DATE: 12-21-00 BY: COURT STAFF
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

T7