# EXHIBIT

# 2

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

In removal proceeding under section 240 of the Immigration and Nationality Act.

File No. A77 323 203

In the Matter of:

Respondent: Mr. Agusto PEREZ-Ramos

2001 Seaside Avenue
San Pedro, CA 90731 (310) 732-0777
(Number, street, city, state and ZIP code) (Area code and phone number)

- ☐ 1. You are an arriving alien.
- ☑ 2. You are an alien present in the United States, who has not been admitted or paroled.
- ☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You entered the United States at or near San Ysidro, California, on or about an unknown date in 1992;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended in that you are an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other that as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
DATE, TIME AND PLACE TO BE SET
(Complete Address of Immigration Court, Including Room Number, if any)
on ____________ at ____________ to show why you should not be removed from the United States based on the
(Date) (Time)
Charge(s) set forth above.

Deputy Assistant District Director, Investigations
(Signature and Title of Issuing Officer)
Los Angeles, California
(City and State)

Date: October 2, 2000

**See reverse for important information**