UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE AGUSTO PEREZ-LOPEZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 08CR0539-JLS<br><br>ORDER |

**IT IS HEREBY ORDERED** that the Government may file its Motions in Limine in the above entitled case on September 3, 2008.

**SO ORDERED.**

DATED: September 4, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge